# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSE E. PENA,

    Plaintiff,

vs.

AARON KENSINGTON, et al.,

    Defendants.

Case No. 2:12-cv-01296-JCM-VCF

**ORDER**

The court directed plaintiff to pay an initial partial filing fee. Order (#5). Plaintiff has not complied within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the initial partial filing fee. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that any appeal from the court's decision would not be taken in good faith.

DATED: April 12, 2013.

_____
JAMES C. MAHAN
United States District Judge